**GreenbergTraurig**

**MEMO ENDORSED**

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

April 29, 2026

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: **Young v. Cymbiotika LLC (1:26-cv-01625) (SHS) (GS)**
> **Request for Extension of Time and Adjournment of Initial Pretrial Conference**

Dear Judge Stein:

We represent Cymbiotika LLC ("Defendant") in the above-referenced matter. On behalf of Defendant, and with the consent of plaintiff Leshawn Young ("Plaintiff"), we respectfully request a 30-day extension of time for Defendant to respond to the Complaint and a 30-day adjournment of the Initial Pretrial Conference. As we were just retained, a period of time is requested so that we may investigate Plaintiff's claims and prepare our defenses. Moreover, the parties have commenced discussions regarding the claims and desire an opportunity to conclude their discussions prior to the filing of a responsive pleading or motion.

This application is Defendant's first request for an extension and for an adjournment. Defendant's response to the Complaint currently is due on April 30, 2026, and the Initial Pretrial Conference is scheduled to take place on May 21, 2026. If granted, Defendant would respond to the Complaint by Monday, June 1, 2026, and the Initial Pretrial Conference would take place on or after Monday, June 22, 2026. The requested extension would not affect any other scheduled dates.

We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:    Jeffrey M. Gottlieb, Esq. (*via* ECF)
       Michael A. LaBollita, Esq. (*via* ECF)

**The last day for defendant to answer or move in response to the complaint is June 1, 2026. The initial pretrial conference is adjourned to Tuesday, June 18, 2026, at 11:00 a.m.**

**Dated: New York, New York
       April 30, 2026**                        SO ORDERED:

Sidney H. Stein, U.S.D.J.