**GT** GreenbergTraurig

**MEMO ENDORSED**

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jason.jendrewski@gtlaw.com

June 1, 2026

**VIA ECF**
The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    **Young v. Cymbiotika LLC (1:26-cv-01625) (SHS) (GS)**
>        **Joint Notice of Settlement and Request for Adjournment of All Pending Dates**

Dear Judge Stein:

We represent Cymbiotika LLC ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Leshawn Young ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement of this matter. We anticipate that the parties will file a notice or stipulation of dismissal with prejudice within the next forty-five (45) days.

Given that the parties have agreed to resolve the litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the June 1, 2026, deadline for Defendant to file its response to the Complaint and the June 18, 2026, Initial Pretrial Conference—and provide the parties with forty-five (45) days to file their anticipated notice or stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

June 1, 2026
Def's last date to answer is adjourned until July 15; pretrial conf. adjourned to July 15 at 11 A.M. unless a stipulation of discontinuance with prejudice is filed before that date. So Ordered.

Sidney H. Stein

cc:    Jeffrey M. Gottlieb, Esq. (*via* ECF)
       Michael A. LaBollita, Esq. (*via* ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: "Greenberg Traurig Germany, LLP; "A separate UK registered legal entity; "Greenberg Traurig, S.C.; "Greenberg Traurig Santa Maria; "Greenberg Traurig LLP Foreign Legal Consultant Office; "A branch of Greenberg Traurig, P.A., Florida, USA; "GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimukgoshi Jimusho; "Greenberg Traurig Nowakowska-Zmuda Wysokinski sp.k.

www.gtlaw.com

ACTIVE 724630568v1